

# NUMBER 13-22-00178-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE THE STATE OF TEXAS

On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

On April 20, 2022, relator the State of Texas filed a petition for writ of mandamus asserting that "the trial court acted outside of its jurisdiction and abused its discretion in granting [a] motion to abate condemnation proceedings for alleged violations of the Texas Property Code."

The Court requests that the real parties in interest, George Roberts, Olivia Roberts, and Rita Collier, or any others whose interest would be directly affected by the relief

sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
22nd day of April, 2022.

2